Note—The OS. case will be found in 3 Abs. 763.

———

No. 314
### KOLLER BROS. v. JOLLS
Ohio Appeals, 8th Dist., Cuyahoga Co.
No. 5907.   Decided Nov. 16, 1925

480.   EVIDENCE—Witness cannot refresh memory from copies of the pleadings.

VICKERY, J.

This cause arose in the Municipal Court of Cleveland.   Said court permitted Ernest Jol-

les when on the stand, to refresh his memory from a copy of the statement of defense used in the trial.

Counsel for Koller Bros. objected to this copy being shown to witness. The Court overruled this objection, and counsel saved the exception.

The Court of Appeals held:

It is prejudicial error to permit a witness to refresh his memory from copies of the pleadings.

Judgment reversed.

Attorneys—Sanders, Monahan & Sanders for Koller Bros.; Hedrick & Hedrick for Jolls; all of Cleveland.

Note:—Sullivan, J., dissented in this decision of the court.